42003

MORTON & CRAIG LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Ford Motor Credit Company LLC
JM-5630_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 16-12009(JKS) |
| DENISE STANFORD-BELCHER | Chapter 13 |
| | Hearing date:  4-14-16 |
| | **OBJECTION TO CONFIRMATION** |

   Ford Motor Credit Company LLC ("Ford Credit"), a secured creditor of the Debtor, objects to the Debtor's plan for the following reasons:

a. The plan is silent as to Ford Credit.  The plan should be revised to state that Ford Credit will retain its lien on the vehicle after confirmation, is being paid directly by the debtor and is unaffected by the plan.

b. The remaining term of the retail installment contract encumbering the vehicle owned by the debtor exceeds the length of the plan.  The plan should also state that if Ford Credit's secured claim has not been completely paid in full at the conclusion of the plan, debtor's obligation with Ford Credit will not be discharged.

42003

c. Ford Credit requests that the debtor provide it with proof of insurance on the vehicle as required by 11 U.S.C. 1326(a)(4).

/s/ John R. Morton, Jr.

_____
John R. Morton, Jr., attorney for
Ford Motor Credit Company LLC

Date: 3-9-16