UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2010-2910

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

**Order Filed on June 16, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Denise Stanford-Belcher

Case No.:  16-12009-JKS

Hearing Date: 06/23/2016

Judge:  Honorable John K. Sherwood

Chapter:  13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)      is hereby **ORDERED**.

**DATED: June 16, 2016**

    Honorable John K. Sherwood
    United States Bankruptcy Court

**Page 2**

Debtor: Denise Stanford-Belcher

Case No.: 16-12009-JKS

Caption of Order: ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for Wells Fargo

Bank, N.A., appearing and for cause shown, it is

**ORDERED** as follows:

1.      The objection to confirmation filed on behalf of Wells Fargo Bank, N.A., is hereby resolved

upon the condition that the pre-petition arrears due to Wells Fargo Bank, N.A., in the approximate amount of

$158,000.00 shall be paid as set forth herein.

2.      The estimated pre-petition arrears set forth in paragraph 1, above, shall be paid through the

debtor's Chapter 13 Plan as administered by the Standing Chapter 13 Trustee.

3.      Wells Fargo Bank, N.A., shall file a claim on or before the proof of claim deadline.

4.      Debtor's right to object to said claim is hereby preserved.

5.      The debtor shall be responsible to make post-petition bi-weekly mortgage payments directly to

the mortgagee pursuant to the Note and Mortgage.

6.      The creditor shall serve this order on the debtor, trustee and any other party who filed an

objection to confirmation