**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
42003
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company LLC, dba Lincoln Automotive Financial Services
JM-5630

Order Filed on July 13, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

DENISE STANFORD-BELCHER

Case No.: 16-12009(JKS)

Adv. No.:

Hearing Date: 7-28-16

Judge: JKS

# ORDER RESOLVING OBJECTION TO CONFIRMATION OF FORD MOTOR CREDIT COMPANY LLC, DBA LINCOLN AUTOMOTIVE FINANCIAL SERVICES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

DATED: July 13, 2016

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**Denise Stanford-Belcher**
**14-35052(RG)**
**Order Resolving Objection to Confirmation of Ford Motor Credit Company LLC, dba Lincoln Automotive Financial Services**

This matter having been brought on before this Court by objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company LLC, dba Lincoln Automotive Financial Services, with the appearance of Peter J. Koulikourdis, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. The objection to confirmation of Ford Motor Credit Company LLC, dba Lincoln Automotive Financial Services is resolved as follows:
   a. Ford Motor Credit Company LLC, dba Lincoln Automotive Financial Services is being paid directly by the debtor and is unaffected by the plan.  In the event the plan completes before the retail installment contract securing the debtor's obligation to Lincoln Automotive Financial Services is paid in full, the debtor's obligation to Lincoln Automotive Financial Services under the retail installment contract encumbering debtor's 2013 Lincoln MKX shall remain in full force and effect and shall not be discharged, and Lincoln Automotive Financial Services shall retain its lien on the 2013 Lincoln MKX securing the retail installment contract until the debtor pays it in full in accordance with the terms of the retail installment contract.