Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/12/2017

**Chapter 13 Case # 16-12009**

Re:    DENISE STANFORD-BELCHER  
      39 BOGERT STREET  
      TEANECK,  NJ  07666

Atty:   PETER J. KOULIKOURDIS  
      45 HUDSON STREET  
      KOULIKOURDIS AND ASSOCIATES  
      HACKENSACK, NJ  07601

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $174,273.80**

## RECEIPTS AS OF 01/12/2017
(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/02/2016 | $2,555.60 | 2826455000 - | 04/04/2016 | $2,555.60 | 2908162000 - |
| 05/04/2016 | $2,555.60 | 2986769000 - | 06/06/2016 | $2,555.60 | 3068623000 - |
| 07/08/2016 | $2,901.41 | 3150120000 - | 08/15/2016 | $2,930.00 | 3242065000 - |
| 09/13/2016 | $2,930.00 | 3317452000 - | 10/11/2016 | $2,930.00 | 3386917000 - |
| 11/14/2016 | $2,930.00 | 3473603000 - | 12/19/2016 | $2,930.00 | 3563167000 - |

**Total Receipts: $27,773.81  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $27,773.81**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/12/2017
(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK, N.A. | | | | | | |
| | 08/15/2016 | $12,401.99 | 763,577 | 09/19/2016 | $2,768.85 | 765,612 |
| | 10/17/2016 | $2,768.85 | 767,455 | 11/15/2016 | $2,757.13 | 769,435 |
| | 12/19/2016 | $2,757.13 | 771,394 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,562.73 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | COMMUNNITY BANK OF BERGEN COUN | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | |
| 0002 | FORD MOTOR CREDIT CO | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0003 | LYNX ASSET SERVICES LLC | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | |
| 0005 | WELLS FARGO BANK, N.A. | MORTGAGE ARR | 156,870.76 | 100.00% | 23,453.95 | |

**Total Paid: $25,016.68**  
See Summary

**Chapter 13 Case # 16-12009**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2017.

Receipts: $27,773.81    -    Paid to Claims: $23,453.95    -    Admin Costs Paid: $1,562.73    =    Funds on Hand: $2,757.13

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER        VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.