PETER J. KOULIKOURDIS
45 HUDSON STREET
KOULIKOURDIS AND ASSOCIATES
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
Chapter 13 Case # 16-12009

Re:   DENISE STANFORD-BELCHER                          Atty:   PETER J. KOULIKOURDIS
      39 BOGERT STREET                                         45 HUDSON STREET
      TEANECK,  NJ  07666                                      KOULIKOURDIS AND ASSOCIATES
                                                               HACKENSACK, NJ  07601

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $174,273.80**

## RECEIPTS AS OF 12/31/2017   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/02/2016 | $2,555.60 | 2826455000 - | 04/04/2016 | $2,555.60 | 2908162000 - |
| 05/04/2016 | $2,555.60 | 2986769000 - | 06/06/2016 | $2,555.60 | 3068623000 - |
| 07/08/2016 | $2,901.41 | 3150120000 - | 08/15/2016 | $2,930.00 | 3242065000 - |
| 09/13/2016 | $2,930.00 | 3317452000 - | 10/11/2016 | $2,930.00 | 3386917000 - |
| 11/14/2016 | $2,930.00 | 3473603000 - | 12/19/2016 | $2,930.00 | 3563167000 - |
| 01/30/2017 | $2,930.00 | 3663882000 - | 03/03/2017 | $2,930.00 | 3768930000 - |
| 04/24/2017 | $2,930.00 | 3900019000 - | 05/22/2017 | $2,930.00 | 3979487000 - |
| 07/05/2017 | $2,930.00 | 4089643000 - | 08/15/2017 | $2,930.00 | 4206942000 - |
| 09/11/2017 | $2,930.00 | 4275464000 - | 11/09/2017 | $2,930.00 | 4432993000 - |

**Total Receipts: $51,213.81  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $51,213.81**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK, N.A. | | | | | | |
| | 08/15/2016 | $12,401.99 | 763,577 | 09/19/2016 | $2,768.85 | 765,612 |
| | 10/17/2016 | $2,768.85 | 767,455 | 11/15/2016 | $2,757.13 | 769,435 |
| | 12/19/2016 | $2,757.13 | 771,394 | 02/21/2017 | $2,757.13 | 775,224 |
| | 03/13/2017 | $2,757.13 | 776,974 | 04/14/2017 | $2,757.13 | 778,863 |
| | 06/19/2017 | $2,757.13 | 782,829 | 07/17/2017 | $2,757.13 | 784,659 |
| | 08/14/2017 | $2,757.13 | 786,485 | 09/25/2017 | $2,757.13 | 788,481 |
| | 10/16/2017 | $2,871.40 | 790,087 | 12/18/2017 | $2,757.13 | 793,882 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,004.29 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | COMMUNNITY BANK OF BERGEN COUNT | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0002 | FORD MOTOR CREDIT CO | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0003 | LYNX ASSET SERVICES LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0005 | WELLS FARGO BANK, N.A. | MORTGAGE ARRE | 156,870.76 | 100.00% | 48,382.39 | |

**Chapter 13 Case # 16-12009**

**Total Paid: $51,386.68**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 10, 2018.

Receipts: $51,213.81    -    Paid to Claims: $48,382.39    -    Admin Costs Paid: $3,004.29    =    Funds on Hand: $2,757.13

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.