| |
|---|
| **UNITED STATES BANKRTUPCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **PETER J. KOULIKOURDIS, ESQ.**<br>**(ID. No. 001991990)**<br>**KOULIKOURDIS AND ASSOCIATES**<br>Hudson Professional Building<br>45 Hudson Street<br>Hackensack, New Jersey 07601 |
| In Re:<br><br>**DENISE STANFORD-BELCHER,**<br><br>          Debtor. |

**Chapter 13**
**Case No.: 16-12009 (JKS)**

**Hon. John K. Sherwood**
**Hearing Date: August 22, 2019**
**Hearing Time: 10 a.m.**

## NOTICE OF MOTION TO REOPEN CHAPTER 13 CASE
## TO RELEASE UNCLAIMED FUNDS

Debtor, DENISE STANFORD-BELCHER, by way of her attorneys, Koulikourdis & Associates, has filed papers with the Court requesting that an Order be entered allowing the debtor(s) to reopen the Chapter 13 case for the purpose of releasing the unclaimed funds.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant this motion, or if you want the Court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

        Hearing Date:        August 22, 2019
        Hearing Time:       10 a.m.
        Hearing Location:   New Jersey Bankruptcy Court
                                  3rd Floor
                                  50 Walnut Street
                                  Newark, New Jersey 07102

        Courtroom Number:  3D

If you mail your response to the clerk for filing, you must mail it early enough so the Court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

**KOULIKOURDIS AND ASSOCIATES**
Hudson Professional Building
45 Hudson Street
Hackensack, New Jersey 07601

If you, or your attorney, do not take the steps outlined above, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

/s/ *Peter J. Koulikourdis*
PETER J. KOULIKOURDIS, ESQ.
Attorney for the Debtor

Dated: July 31, 2019

| | |
|---|---|
| UNITED STATES BANKRTUPCY COURT<br>DISTRICT OF NEW JERSEY | |
| PETER J. KOULIKOURDIS, ESQ.<br>(ID. No. 001991990)<br>KOULIKOURDIS AND ASSOCIATES<br>Hudson Professional Building<br>45 Hudson Street<br>Hackensack, New Jersey 07601 | |
| In Re:<br><br>**DENISE STANFORD-BELCHER,**<br><br>Debtor. | Chapter 13<br>Case No.: 16-12009 (JKS)<br><br>Hon. John K. Sherwood<br>Hearing Date: August 22, 2019<br>Hearing Time: 10 a.m. |

## CERTIFICATION OF DEBTOR

I, DENISE STANFORD-BEHCLER, the debtor in this case, submits this Certification in support of the Motion to Reopen Case for the purpose of releasing the unclaimed funds.

1. I submit this motion to request that the Court reopen my bankruptcy case so that the unclaimed funds owed to me can be released.

2. My bankruptcy petition was filed on February 3, 2016.

3. My case was closed on September 17, 2018.

4. My case was closed because I received a discharge on May 29, 2018.

I certify under penalty of perjury that the above is true.

Date: __7/26/2019__

_Denise Stanford Belcher_
DENISE STANFORD-BELCHER

| UNITED STATES BANKRTUPCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| PETER J. KOULIKOURDIS, ESQ.<br>(ID. No. 001991990)<br>KOULIKOURDIS AND ASSOCIATES<br>Hudson Professional Building<br>45 Hudson Street<br>Hackensack, New Jersey 07601 | |
| In Re:<br><br>DENISE STANFORD-BELCHER,<br><br>Debtor. | Chapter 13<br>Case No.: 16-12009 (JKS)<br><br>Hon. John K. Sherwood<br>Hearing Date: August 22, 2019<br>Hearing Time: 10 a.m. |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the Court's consideration of this motion, as it does not involve complex issues of law.

/s/ *Peter J. Koulikourdis*
PETER J. KOULIKOURDIS, ESQ.
Attorney for the Debtor

Dated: July 31, 2019

**UNITED STATES BANKRTUPCY COURT**
**DISTRICT OF NEW JERSEY**

**PETER J. KOULIKOURDIS, ESQ.**
**(ID. No. 001991990)**
**KOULIKOURDIS AND ASSOCIATES**
Hudson Professional Building
45 Hudson Street
Hackensack, New Jersey 07601

In Re:

**DENISE STANFORD-BELCHER,**

Debtor.

**Chapter 13**
**Case No.: 16-12009 (JKS)**

**Hon. John K. Sherwood**
**Hearing Date: August 22, 2019**
**Hearing Time: 10 a.m.**

## CERTIFICATION OF SERVICE

1. I, PETER J. KOULIKOURDIS, ESQ. am the attorney for the Debtor in this case.

2. On July 31, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

- ☑ Notice of Motion to Reopen Case to File to Release Unclaimed Funds.
- ☑ Certification in Support of Motion to Reopen Case to File a Certification to Release Unclaimed Funds.
- ☑ Statement as to Why no Brief is Necessary
- ☑ Proposed Order Granting Motion to Reopen Case to File to Release Unclaimed Funds.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated below.

/s/ *Peter J. Koulikourdis*
PETER J. KOULIKOURDIS, ESQ.
Attorney for the Debtor

Dated: July 31, 2019

| Name and Address of<br>Party Served | Relationship of Party<br>to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | Office of the United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail<br>☑ Other: Notice of Electronic Filing (NEF) |
| Marie-Ann Greenberg, MAG-1284<br>30 Two Bridges Road, Suite 330<br>Fairfield, New Jersey 07004-1550 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail<br>☑ Other: Notice of Electronic Filing (NEF) |

| UNITED STATES BANKRTUPCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| PETER J. KOULIKOURDIS, ESQ.<br>(ID. No. 001991990)<br>KOULIKOURDIS AND ASSOCIATES<br>Hudson Professional Building<br>45 Hudson Street<br>Hackensack, New Jersey 07601 | |
| In Re:<br><br>DENISE STANFORD-BELCHER,<br><br>Debtor. | Chapter 13<br>Case No.: 16-12009 (JKS)<br><br>Hon. John K. Sherwood<br>Hearing Date: August 16, 2019<br>Hearing Time: 10 a.m. |

## ORDER GRANTING MOTION TO REOPEN CHAPTER 13 CASE
## TO RELEASE UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED.**

The Court having reviewed the debtor's Motion to Reopen Case to Release Unclaimed Funds, and any related responses or objections, it is hereby

ORDERED that:

1. The debtor's case is reopened.