Order Filed on August 27, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRTUPCY COURT<br>DISTRICT OF NEW JERSEY | |
| PETER J. KOULIKOURDIS, ESQ.<br>(ID. No.001991990)<br>KOULIKOURDIS AND ASSOCIATES<br>Hudson Professional Building<br>45 Hudson Street<br>Hackensack, New Jersey 07601 | |
| In Re:<br><br>DENISE STANFORD-BELCHER,<br><br>     Debtor. | Chapter 13<br>Case No.:16-12009 (JKS)<br><br>Hon. John K. Sherwood<br>Hearing Date: August 22, 2019<br>Hearing Time:10 a.m. |

## ORDER GRANTING MOTION TO REOPEN CHAPTER 13 CASE TO RELEASE UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: August 27, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Reopen Case to Release Unclaimed Funds, and any related responses or objections, it is hereby

ORDERED that:

1. The debtor's case is reopened.